Denise Bourgeois Haley
Attorney at Law: 143709
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562) 868-5886
Fax: (562) 868-8868
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Darrell Curtis Sanders

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRELL CURTIS SANDERS, | Case No.: 2:17-cv-00605-KJN |
| Plaintiff, | STIPULATION AND ORDER FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |
| vs. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

TO THE HONORABLE KENDALL J. NEWMAN, MAGISTRATE JUDGE OF THE DISTRICT COURT:

IT IS HEREBY STIPULATED, by and between the parties through their undersigned counsel, subject to the approval of the Court, that Darrell Curtis Sanders be awarded attorney fees in the amount of Three Thousand Seven Hundred dollars ($3,700.00) including expenses in the amount of seventeen dollars ($17.00) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), and costs in the amount of none dollars under 28 U.S.C. § 1920. This amount represents compensation for all legal services rendered on behalf of Plaintiff by

counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920; 2412(d).

After the Court issues an order for EAJA fees to Darrell Curtis Sanders, the government will consider the matter of Darrell Curtis Sanders's assignment of EAJA fees to Denise Bourgeois Haley.  The retainer agreement containing the assignment is attached as exhibit 1.  Pursuant to *Astrue v. Ratliff*, 130 S. Ct. 2521, 2529 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program.  After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

Fees shall be made payable to Darrell Curtis Sanders, but if the Department of the Treasury determines that Darrell Curtis Sanders does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to Law Offices of Lawrence D. Rohlfing, pursuant to the assignment executed by Darrell Curtis Sanders.[1]  Any payments made shall be delivered to Denise Bourgeois Haley.

This stipulation constitutes a compromise settlement of Darrell Curtis Sanders's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA or otherwise.  Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Darrell Curtis Sanders and/or Denise Bourgeois Haley including Law Offices of Lawrence D. Rohlfing may have relating to EAJA attorney fees in connection with this action.

---

[1] The parties do not stipulate whether counsel for the plaintiff has a cognizable lien under federal law against the recovery of EAJA fees that survives the Treasury Offset Program.

This award is without prejudice to the rights of Denise Bourgeois Haley and/or the Law Offices of Lawrence D. Rohlfing to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

DATE: August 29, 2018      Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING

/s/ *Denise Bourgeois Haley*

BY:_____
Denise Bourgeois Haley
Attorney for plaintiff Darrell Curtis Sanders

DATED: August 29, 2018    MCGREGOR W. SCOTT
United States Attorney
Deborah Lee Stachel
Regional Chief Counsel, Region IX


/s/ *Marcelo N. Illarmo*

_____
MARCELO N. ILLARMO
Special Assistant United States Attorney
Attorneys for Defendant NANCY A.
BERRYHILL, Acting Commissioner of Social
Security (Per e-mail authorization)


## ORDER

APPROVED and SO ORDERED, except that the court makes no finding with respect to footnote 1 in the stipulation.

Dated: August 30, 2018

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

-3-